CRAIG N. LUNDGREN (State Bar No. 148842)
MALOVOS & MENDOZA, LLP
3620 American River Drive, Suite 215
Sacramento, CA  95864
(916) 974-8600
(916) 974-8608 FAX
cnl@malovoslaw.com

E. Kenneth Wall, Esq. (VSB#33967)
E. KENNETH WALL, P.C.
4020 University Drive, Suite 207
Fairfax, Virginia  22030
(703)591-2260
(888) 552-0002
ken@ekwinc.net

Attorneys for Plaintiff
D&V MACHINE SHOP & PUMP CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D & V MACHINE SHOP & PUMP CO.,          ) | Case No. 2:06-CV-448-WBS-PAN |
| Plaintiff,          ) | |
| UNITED STATES OF AMERICA,          ) | |
| Defendant.          ) | |

## REQUEST FOR CONTINUANCE OF STATUS CONFERENCE AND ORDER

COMES NOW the Plaintiff, D & V MACHINE SHOP & PUMP CO., by counsel, and hereby requests a continuance of the Status Conference presently scheduled for May 22, 2006, at 9:00 a.m., in the captioned matter, and as grounds therefore, states

1.    The Summonses for the UNITED STATES OF AMERICA, with copies of the Federal Petition attached, were forwarded by certified mail on March 16, 2006, to the United States Attorney General and the United States Attorney for the Eastern District of California, and receipt of same cannot as of yet be determined.

2.    The UNITED STATES OF AMERICA has sixty (60) days from the date of service to answer the Petition initiating this matter.

1

PDF created with pdfFactory trial version www.pdffactory.com

3.    Accordingly, the UNITED STATES OF AMERICA is not required to file its answer until, at the very earliest, on or about May 16, 2006, which does not give Plaintiff's counsel and Defendant's counsel sufficient time to properly discuss this matter and file the requisite JOINT Status Report fourteen (14) calendar days prior to the hearing date of May 22, 2006.

4.    In addition, Plaintiff's counsel would also appreciate the Court's consideration of a planned family vacation during which he will be out of the country from June 21, 2006 through July 27, 2006.

5.    Accordingly, the Plaintiff's requests that the Status Conference be continued to Monday, August 28, 2006, at 9:00 a.m.

Respectfully submitted
D & V MACHINE SHOP & PUMP CO.

By: _____/S/_____
                E. Kenneth Wall

UPON CONSIDERATION of the foregoing, it is hereby

ORDERED that the Status Conference initially scheduled for May 22, 2006, at 9:00 a.m., be and hereby is rescheduled to **August 28, 2006, at 9:00 a.m.;** and it is further

ORDERED that all other terms and conditions of this Court's Order Setting Status (Pretrial Scheduling) Conference remain in effect, utilizing the new hearing date of July 28, 2006, at 9:00 a.m.; and it is further

ORDERED that Plaintiff's counsel shall cause a copy of this Order to be served, by certified mail, on the UNITED STATES OF AMERICA, and shall provide the Court with the appropriate Certificate of Service.

DATED:  March 24, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com