McGREGOR W. SCOTT
United States Attorney

AMY MATCHISON
VIRGINIA CRONAN LOWE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6531
Email: Amy.T.Matchison@usdoj.gov
        Western.Taxcivil@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| D & V MACHINE SHOP & PUMP CO., | ) | |
|---|---|---|
| | ) | Case. No. 2:06-CV-448-WBS-PAN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT IN FAVOR OF THE** |
| | ) | **UNITED STATES OF AMERICA** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Based on the joint agreement between Plaintiff, D & V Machine Shop & Pump Co., and Defendant, United States of America,

      IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the United States of America and against Plaintiff, D & V Machine Shop & Pump Co. and that the determinations set forth in the Notice of Determination Concerning Collection Actions under Section 6320 and/or 6330 issued to plaintiff on February 3, 2006, for plaintiff's Forms 940 and 941 tax liabilities for taxable year 2004, and

upon which this case is based, are sustained in full.

IT IS SO ORDERED.

DATED: July 7, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:

McGREGOR W. SCOTT
United States Attorney


  /s/ Amy Matchison
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6531

2